MICHAEL KERNER, Appellant, *v.* SURFACE TRANSPORTATION CORPORATION OF NEW YORK et al., Respondents, and VINCENT KELLY, Defendant.

Argued November 28, 1944; decided December 30, 1944.

*Robert H. Elder* for appellant.

*Addison B. Scoville, Alfred T. Davison, James M. O'Neill* and *Oliver R. Brant* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND, and THACHER, JJ.